

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Larry Lee Purselley,

Vs. No. 11-18-00340-CR

The State of Texas,

\* From the 39th District Court
of Throckmorton County
Trial Court No. 1275.

\* June 6, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.